SMITH, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Jacob Smith against John King and another, as receivers, etc. No opinion. Motion to amend the order denied, but the order is

amended so as to state that the judgment is reversed on the law and on the facts. See 44 N. Y. Supp. 1129.